**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE DAVID, etc., et al.,

       Plaintiffs,

v.                        Case No.  8:09-cv-1541-T-30MAP

ASSOCIATED OUT-DOOR CLUBS, INC.,

       Defendant.

_____/

**O R D E R**

      The Court has been advised by defense counsel Richard M. Pierro, Jr. that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on May 27, 2010.

                            _____
                            JAMES S. MOODY, JR.
                            UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1541.dismissal.wpd